THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.N. ROMTEHNICA, S.A.,<br><br>              Plaintiff,<br>    v.<br><br>P.W. ARMS, INC.,<br><br>              Defendant. | CASE NO. C21-0953-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to dismiss and the briefing therein (Dkt. Nos. 14–16.) The parties refer in their briefing to portions of the 2012 arbitration rules for the Court of International Commercial Arbitration of the Chamber of Commerce and Industry of Romania. But neither party has provided the Court with a copy of the rules in their entirety. The parties are ORDERED to meet and confer and provide the Court with a joint submission containing those rules *in their entirety*. That submission must be in a form from which the Court may take judicial notice of. The submission shall be received by the Court no later than October 15, 2021. The Clerk is DIRECTED to renote Defendant's motion to dismiss (Dkt. No. 14) to October 15, 2021.

MINUTE ORDER
C21-0953-JCC
PAGE - 1

DATED this 6th day of October 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
