THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.N. ROMTEHNICA, S.A., | CASE NO. C21-0953-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| P.W. ARMS, INC., | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Respondent's motion for reconsideration (Dkt. No. 20). Pursuant to Local Rule 7(h)(3), the Court REQUESTS a response from Petitioner. The response may contain no more than four pages of argument and is due November 12, 2021. Respondent may file a reply containing no more than two pages of argument by November 19, 2021. The Clerk is DIRECTED to renote Respondent's motion for reconsideration (Dkt. No. 20) to November 19, 2021.

DATED this 2nd day of November 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C21-0953-JCC
PAGE - 1