THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.N. ROMTEHNICA, S.A., <br><br> Petitioner, <br><br> v. <br><br> P.W. ARMS, INC., <br><br> Respondent. | CASE NO. C21-0953-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Before the Court is Respondent's motion for reconsideration (Dkt. No. 20) of the Court's order denying Respondent's motion to dismiss (Dkt. No. 19). Respondent asserts the Court committed manifest error when it assumed the parties had no knowledge of the Romanian arbitration panel's decision prior to the July 2018 issuance of its award. (Dkt. No. 20 at 2–4.) In support, Respondent cites to the 2014 arbitration rules for the Court of International Commercial Arbitration of the Chamber of Commerce and Industry of Romania ("CICA"), testimony regarding CICA procedures in rendering decisions, and a copy of the May 2018 dispositive ruling. (*Id.*) None demonstrate that the Court committed manifest error or represent new facts or legal authority which could not have been brought to the Court's earlier attention without reasonable diligence. *See* Local Civ. R. 7(h)(1). Accordingly, Respondent's motion for

reconsideration is DENIED.

DATED this 29th day of November 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
